**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW HAMPSHIRE

Case number *(if known)* _____    Chapter **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Annalee Dolls, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **47-2571642** |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **339 Daniel Webster Highway**<br>**Meredith, NH 03253**<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Belknap**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Annalee Dolls, LLC**                                                    Case number (*if known*) _____
_____
Name

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number | _____ |
| | District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

| Debtor | **Annalee Dolls, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

List all cases. If more than 1,
attach a separate list

| Debtor District | | Relationship | |
|---|---|---|---|
| | When | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**        *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐  $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **Annalee Dolls, LLC**                  Case number (*if known*)
       Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 10, 2025**
            MM / DD / YYYY

**X /s/ Andrew Button**             **Andrew Button**
Signature of authorized representative of debtor    Printed name

Title    **Owner**

**18. Signature of attorney**

**X /s/ William S. Gannon BNH**      Date **April 10, 2025**
Signature of attorney for debtor           MM / DD / YYYY

**William S. Gannon BNH 01222**
Printed name

William S. Gannon PLLC
Firm name

740 Chestnut Street, Manchester, NH  03104
Number, Street, City, State & ZIP Code

Contact phone   **(603) 621-0833**     Email address   **bgannon@gannonlawfirm.com**

**BNH 01222 NH**
Bar number and State

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 4

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td><td rowspan="3"></td><td rowspan="3">☐ Check if this is an<br><br>amended filing</td></tr>
<tr><td>Debtor name</td><td>Annalee Dolls, LLC</td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:    <strong>DISTRICT OF NEW HAMPSHIRE</strong><br><br>Case number (if known): _____</td></tr>
</table>

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Ally Bank**<br>**PO Box 71119**<br>**Charlotte, NC 28272** | | | | | | **$43,222.27** |
| **Andrew Button**<br>**4 Beach Street**<br>**Meredith, NH 03253** | | | | | | **$272,150.00** |
| **Annalee Employees** | | | | | | **$30,000.00** |
| **Customers Bank**<br>**40 General Warren Blvd**<br>**Suite 200**<br>**Malvern, PA 19355** | | | | **$4,108,000.00** | **$0.00** | **Unknown** |
| **First Tracks Marketing**<br>**140 Sheep Davis Road**<br>**Pembroke, NH 03275** | | | | | | **$21,447.00** |
| **Harvard Pilgrim Insurance**<br>**1 Wellness Way**<br>**Canton, MA 02021** | | | | | | **$10,585.78** |
| **Highland Forwarding**<br>**6A Kitty Hawk Lndg**<br>**Suite 200**<br>**Londonderry, NH 03053** | | | | | | **$26,378.89** |
| **Hugh Griffin**<br>**389 Browns Trace Road**<br>**Jericho, VT 05456** | | | | | | **$1,600,000.00** |
| **Jackie Verrill**<br>**P.O. Box 702**<br>**Meredith, NH 03253** | | | | | | **$225,000.00** |

Debtor  **Annalee Dolls, LLC**                           Case number *(if known)*
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Jeff Stevenson c/o Mark Elefante -Hemenway & Barnes 75 State Street, Floor 16 Boston, MA 02109** | | | | | | **$163,554.00** |
| **Lever Toys China** | | | | | | **$207,350.12** |
| **Libertas Funding 411 W. Putnam Avenue Suite 220 Greenwich, CT 06830** | | | | **$25,546.00** | **$0.00** | **Unknown** |
| **Nick Leighton 185 Waukewan Street Meredith, NH 03253** | | | | | | **$345,000.00** |
| **Northeast Delta Dental PO Box 9566 Manchester, NH 03108** | | | | | | **$1,205.66** |
| **Oakwood Funding 475 Oberlin Avenue, S. Lakewood, NJ 08701** | | | | **$337,141.00** | **$0.00** | **$337,141.00** |
| **On Deck Capital 4700 W. Daybreak Parkway Suite 200 South Jordan, UT 84009** | | | | **$151,596.00** | **$0.00** | **Unknown** |
| **Staples Advantage PO Box 105638 Atlanta, GA 30348** | | | | | | **$2,684.39** |
| **Town of Meredith 41 Main Street Meredith, NH 03253** | | | | | | **$8,765.12** |
| **Unicorr Packaging Group 4282 Paysphere Circle Chicago, IL 60674** | | | | | | **$2,975.00** |
| **Unique Funding 71 S. Central Avenue Valley Stream, NY 11580** | | | | **$261,083.00** | **$0.00** | **Unknown** |

# United States Bankruptcy Court
## District of New Hampshire

In re  **Annalee Dolls, LLC** _____  Case No. _____

Debtor(s)                                  Chapter    **11** _____

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __**Annalee Dolls, LLC**__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**April 10, 2025** _____

Date

**/s/ William S. Gannon BNH** _____

**William S. Gannon BNH 01222**

Signature of Attorney or Litigant

Counsel for   **Annalee Dolls, LLC** _____

**(603) 621-0833**
**bgannon@gannonlawfirm.com**

# United States Bankruptcy Court
### District of New Hampshire

In re  **Annalee Dolls, LLC**
_____
Debtor(s)

Case No. _____

Chapter  **11** _____

# VERIFICATION OF CREDITOR MAILING LIST

       The above named debtor hereby certifies under penalty of perjury that the attached master mailing list of creditors, consisting of __**2**__ pages is complete, correct and consistent with the debtor's schedules pursuant to *LBRs* and assumes all responsibility for errors and omissions.

Date:  **April 10, 2025**
_____

**/s/ Andrew Button**
_____
Debtor Signature
**Andrew Button**
_____
Print Name
Address  **339 Daniel Webster Highway**
**Meredith NH 03253-0000**
_____
Tel. No. _____

LBF 1007-2 (Eff. 08/08/2024)

.

Ally Bank
PO Box 71119
Charlotte, NC 28272

Andrew Button
4 Beach Street
Meredith, NH 03253

Annalee Employees


Customers Bank
40 General Warren Blvd
Suite 200
Malvern, PA 19355

First Tracks Marketing
140 Sheep Davis Road
Pembroke, NH 03275

Harvard Pilgrim Insurance
1 Wellness Way
Canton, MA 02021

Highland Forwarding
6A Kitty Hawk Lndg
Suite 200
Londonderry, NH 03053

Hugh Griffin
389 Browns Trace Road
Jericho, VT 05456

Jackie Verrill
P.O. Box 702
Meredith, NH 03253

Jeff Stevenson
c/o Mark Elefante -Hemenway & Barnes
75 State Street, Floor 16
Boston, MA 02109

Lever Toys
China

Libertas Funding
411 W. Putnam Avenue
Suite 220
Greenwich, CT 06830

Mark Elefante - Hemenway & Barnes
75 State St
Fl 16
Boston, MA 02109

Nick Leighton
185 Waukewan Street
Meredith, NH 03253

Northeast Delta Dental
PO Box 9566
Manchester, NH 03108

Oakwood Funding
475 Oberlin Avenue, S.
Lakewood, NJ 08701

On Deck Capital
4700 W. Daybreak Parkway
Suite 200
South Jordan, UT 84009

Staples Advantage
PO Box 105638
Atlanta, GA 30348

Town of Meredith
41 Main Street
Meredith, NH 03253

Unicorr Packaging Group
4282 Paysphere Circle
Chicago, IL 60674

Unique Funding
71 S. Central Avenue
Valley Stream, NY 11580