**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Annalee Dolls, LLC |
| United States Bankruptcy Court for the: | DISTRICT OF NEW HAMPSHIRE |
| Case number (if known) | 25-10232 |

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property  12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

   ☐ No. Go to Part 2.
   ☒ Yes Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**  —  **Current value of debtor's interest**

   2. Cash on hand — $7,914.29

   2. Cash on hand — $11.79

3. **Checking, savings, money market, or financial brokerage accounts** (Identify all)

   | | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|---|
   | 3.1. | Operating Account at Meredith Village Savings Bank | Checking Account | 2816 | $193,279.41 |

4. Other cash equivalents (Identify all)

5. **Total of Part 1.** — $201,205.49
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and Prepayments

6. Does the debtor have any deposits or prepayments?

   ☐ No. Go to Part 3.
   ☒ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

   | | | |
   |---|---|---|
   | 7.1. | Deposit - Optimum Bank - A Good Faith Deposit that was not returned | $10,300.00 |

Debtor **Annalee Dolls, LLC**  
Name

Case number *(If known)* **25-10232**

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

   8.1. **Prepaid Insurance** — $15,490.01

   8.2. **Prepaid Other** — $600.73

9. **Total of Part 2.** — $26,390.74
   Add lines 7 through 8. Copy the total to line 81.

**Part 3:  Accounts receivable**

10. **Does the debtor have any accounts receivable?**

   ☐ No. Go to Part 4.
   ■ Yes Fill in the information below.

11. **Accounts receivable**

   11a. 90 days old or less:   69,416.01  -  0.00  = ....  $69,416.01
                               face amount        doubtful or uncollectible accounts

   11a. 90 days old or less:   165.67  -  0.00  = ....  $165.67
                               face amount     doubtful or uncollectible accounts

12. **Total of Part 3.** — $69,581.68
   Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**Part 4:  Investments**

13. **Does the debtor own any investments?**

   ■ No. Go to Part 5.
   ☐ Yes Fill in the information below.

**Part 5:  Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ☐ No. Go to Part 6.
   ■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| Inventory Gift Shop | 3/31/25 | $0.00 | Net Book Value | $21,174.53 |
| Inventory For Sales | 3/31/25 | $0.00 | Net Book Value | $1,327,918.82 |

Debtor **Annalee Dolls, LLC**  
Name

Case number (If known) **25-10232**

| | | | |
|---|---|---|---|
| **Inventory In Transit - paid deposit. Have not paid final payment due to tariffs with China.** | $0.00 | Cost | $128,825.06 |

22. **Other inventory or supplies**

23. **Total of Part 5.** $1,477,918.41
    Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
    ■ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ■ No
    ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 6:** Farming and fishing-related assets (other than titled motor vehicles and land)

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

    ■ No. Go to Part 7.
    ☐ Yes Fill in the information below.

**Part 7:** Office furniture, fixtures, and equipment; and collectibles

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

    ☐ No. Go to Part 8.
    ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** Office & Other Equipment $583,532.69 Less Accum Depreciation of $192,055.69 = $192,055.69 | $0.00 | Net Book Value | $192,055.69 |
| **Lease of Computer Server for $675.04 per month for a total of 36 months. Debtor does not own the equipment.** | $0.00 | N/A | $0.00 |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1. **Museum Dolls - Display Only** | $0.00 | Net Book Value | $51,216.00 |

| Debtor | Annalee Dolls, LLC | Case number (If known) 25-10232 |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| 43. | **Total of Part 7.**<br>Add lines 39 through 42.  Copy the total to line 86. | **$243,271.69** |
| 44. | **Is a depreciation schedule available for any of the property listed in Part 7?**<br>☐ No<br>■ Yes | |
| 45. | **Has any of the property listed in Part 7 been appraised by a professional within the last year?**<br>■ No<br>☐ Yes | |

**Part 8:   Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | | |
|---|---|---|---|---|
| 47.1. | 2023 Ford F250 - Very Good Condition with 21,000 miles.  Kelly Blue Book Value | $0.00 | Kelly Blue Book | $49,986.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| 51. | **Total of Part 8.**<br>Add lines 47 through 50.  Copy the total to line 87. | **$49,986.00** |
|---|---|---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:   Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| **Description and location of property**<br>Include street address or other | **Nature and extent of debtor's interest** | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|

Debtor **Annalee Dolls, LLC**
Name

Case number (If known) **25-10232**

| | | in property | | | |
|---|---|---|---|---|---|
| | description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | | | | |
| 55.1. | **Land - 339 Daniel Webster Hwy, Meredith, NH (where Business is located)** | Fee simple | $0.00 | Net Book Value | $450,000.00 |
| 55.2. | **Buildings and Improvements:  339 Daniel Webster Hwy, Meredith, NH  03253.  Commercial Building, warehouse, office, and retail store.** | Fee simple | $0.00 | Net Book Value | $1,866,350.40 |

56.  **Total of Part 9.**               $2,316,350.40
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
■ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10:     Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| | **General description** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** 100+ Copyrights and 5 Trademarks | Unknown | N/A | Unknown |
| 61. | **Internet domain names and websites** | | | |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** Customer Lists and Mailing Lists | Unknown | N/A | Unknown |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** Goodwill | $0.00 | Net Book Value | $851,303.81 |

Official Form 206A/B       Schedule A/B Assets - Real and Personal Property       page 5

Debtor  **Annalee Dolls, LLC**  
Name

Case number (If known) **25-10232**

| 66. | **Total of Part 10.** | **$851,303.81** |
|---|---|---|
|   | Add lines 60 through 65. Copy the total to line 89. |   |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
   - ■ No
   - ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   - ■ No
   - ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   - ■ No
   - ☐ Yes

### Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   - ☐ No. Go to Part 12.
   - ■ Yes Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**  
   Description (include name of obligor)

| Obligor | Total face amount | − | doubtful or uncollectible amount | = | Current value |
|---|---|---|---|---|---|
| Annalee Dolls | 8,500.00 | − | 0.00 | = | $8,500.00 |
| Derek Beaudoin | 52,736.14 | − | 0.00 | = | $52,736.14 |
| Hempx | 1,816.23 | − | 0.00 | = | $1,816.23 |
| Andrew Button | 19,822.00 | − | 0.00 | = | $19,822.00 |

72. **Tax refunds and unused net operating losses (NOLs)**  
   Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

   | **Equity Interest In Tidewater Project;** | $0.00 |
   |---|---|

Official Form 206A/B    Schedule A/B Assets - Real and Personal Property    page 6

| Debtor | **Annalee Dolls, LLC** | Case number (If known) | **25-10232** |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| | **Equity Interest in Hidden Lagoon** | $0.00 |
| | **B&B Project: Building and assets of a failed Coffee Shop venture. The building sits on the Debtor's Business Land.** | Unknown |

| 78. | **Total of Part 11.** | $82,874.37 |
|---|---|---|
| | Add lines 71 through 77. Copy the total to line 90. | |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

Debtor  **Annalee Dolls, LLC**  
Name

Case number (If known) **25-10232**

## Part 12:  Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $201,205.49 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $26,390.74 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $69,581.68 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $1,477,918.41 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $243,271.69 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $49,986.00 | |
| 88. | **Real property.** *Copy line 56, Part 9.*........................> | | $2,316,350.40 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $851,303.81 | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + $82,874.37 | |
| 91. | **Total.** Add lines 80 through 90 for each column | $3,002,532.19  + 91b. | $2,316,350.40 |
| 92. | **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $5,318,882.59 |