**Fill in this information to identify the case:**

Debtor name: **Annalee Dolls, LLC**

United States Bankruptcy Court for the: **DISTRICT OF NEW HAMPSHIRE**

Case number (if known): **25-10232**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property  12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1 Ally Bank**<br>Creditor's Name<br><br>**P.O. Box 71119**<br>**Charlotte, NC 28272**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**2023**<br>**Last 4 digits of account number**<br>**2441**<br>Do multiple creditors have an interest in the same property?<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>**2023 Ford F250 - Very Good Condition with 21,000 miles. Kelly Blue Book Value**<br><br>**Describe the lien**<br>**Auto loan**<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | $43,222.27 | $49,986.00 |
| **2.2 Customers Bank**<br>Creditor's Name<br><br>**40 General Warren Blvd.**<br>**Ste 200**<br>**Malvern, PA 19355**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**2023**<br>**Last 4 digits of account number**<br>**4147**<br>Do multiple creditors have an interest in the same property? | **Describe debtor's property that is subject to a lien**<br>**339 Daniel Webster Hwy, Meredith, NH Real Estate and All Assets except F250, Bank Accounts, and a portion of Inventory. Disputed only as to property values.**<br><br>**Describe the lien**<br>**Mortgage and All Asset UCC**<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply | $4,108,000.00 | $4,481,713.77 |

Debtor **Annalee Dolls, LLC**
Name

Case number (if known) **25-10232**

☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☒ Contingent
☒ Unliquidated
☒ Disputed

---

| 2.3 | **Jackie Verrill** | Describe debtor's property that is subject to a lien | $225,000.00 | $193,279.41 |

Creditor's Name

**Operating Account at Meredith Village Savings Bank - Checking Account - Acct# 2816**

**P.O. Box 702**
**Meredith, NH 03253**
Creditor's mailing address

**Describe the lien**
**Judgment Lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2025**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.4 | **Libertas Funding** | Describe debtor's property that is subject to a lien | $3,784.45 | Unknown |

Creditor's Name

**Remaining Inventory**

**411 W Putnam Ave. Ste. 220**
**Greenwich, CT 06830**
Creditor's mailing address

**Describe the lien**
**UCC**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2025**
**Last 4 digits of account number**
**Annalee Dolls, LLC**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.5 | **Oakwood Funding** | Describe debtor's property that is subject to a lien | $337,141.00 | Unknown |

Creditor's Name

**Remaining Inventory**

**475 Oberlin Avenue S.**
**Lakewood, NJ 08701**
Creditor's mailing address

**Describe the lien**
**UCC**

**Is the creditor an insider or related party?**
☒ No

---

Debtor **Annalee Dolls, LLC**
Name

Case number (if known) **25-10232**

Creditor's email address, if known

☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2025**
**Last 4 digits of account number**
**Annalee Dolls, LLC**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.6 | **On Deck Capital** | **Describe debtor's property that is subject to a lien** | **$129,234.72** | **Unknown** |

Creditor's Name

**Remaining Inventory**

**4700 W. Daybreak Parkway, Ste. 200**
**South Jordan, UT 84009**
Creditor's mailing address

**Describe the lien**
**UCC**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2025**
**Last 4 digits of account number**
**Annalee Dolls LLC**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.7 | **Town of Meredith** | **Describe debtor's property that is subject to a lien** | **$8,765.12** | **$8,765.12** |

Creditor's Name

**339 Daniel Webster Hwy, Meredith, NH**

**41 Main Street**
**Meredith, NH 03253-5836**
Creditor's mailing address

**Describe the lien**
**Tax Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2024**
**Last 4 digits of account number**
**0841**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **Unique Funding** | **Describe debtor's property that is subject to a lien** | **$249,614.40** | **Unknown** |

| Debtor | **Annalee Dolls, LLC** | Case number (if known) | 25-10232 |
|---|---|---|---|
| | Name | | |

**Creditor's Name**  **Remaining Inventory**

**71 S. Central Avenue**
**Valley Stream, NY 11580**
Creditor's mailing address

**Describe the lien**
**UCC**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2025**
**Last 4 digits of account number**
**Annalee Dolls, LLC**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $5,104,761.96

**Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |